**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.** |
| **v.** | : | **15-119-02** |
| | : | |
| **TAJELDIN CUNNINGHAM** | : | |

## ORDER

This 22nd day of March, 2017, in light of the Third Circuit's decision in *United States v. Robinson*, 844 F.3d 137 (3d Cir. 2016), as well as its recent denial of rehearing in *Robinson*, it is hereby **ORDERED** that Defendant Tajeldin Cunningham's Motion to Dismiss Count Two (Dkt. 99) is **DENIED**.

  /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge